# FILED

MAY 0 4 2016

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s): __Mr. Michael D. Gilbert SR.__

vs.

Defendant(s): __Wildfork Restarant__

Case Number: **16 CV - 254 GKF - PJC**

### COMPLAINT - EEOC

Comes now the Plaintiff, __Mr. Michael D. Gilbert SR__ and for his/her claim against the Defendant(s), __Wildfork Restarant__ states and alleges as follows:

1. This action is brought and jurisdiction lies pursuant to 42 U.S.C. §2000e-5. Venue is proper in this District.

2. Plaintiff is a(n) __African American__ (Race) __male__ (Sex) who resides at __7478 E. 2nd St Tulsa Oklahoma 74112__ (Complete address)

3. The Defendant __Wildfork Restarant__ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at __21st and Utica  Utica Square__

(Note: 3a-3f to be used if there is more than one defendant.)

3a. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3b. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3c. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3d. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3e. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

3f. The Defendant _____ is an employer, employment agency, or labor organization, as defined in 42 U.S.C. §2000e, and is located at _____

4. On or about 7/29, 2015, defendant(s)
   (Month/day)  (Year)

(Specify the unlawful employment practices which you are alleging against the defendant(s), such as: refusal to hire, discharge from employment, harassment in employment, etc.)

I was forced to work in a unworkable position when I mentioned it Ms. Kim Owner got mad I contracted a Rash on my Arm. July 29, 2015 A Coucasion Female name Heather Stroke me behind my head with a metal Pitcher.

because of (state why defendant(s) discriminated against you, i.e. race, color religion, sex or national origin, etc.)

I told the manager on duty Name (Bull frog) to send her home she was High and Drunk, Later she Attacked me by throwing Nothing Happen to her she still was working after I stopped. Everyone on the job saw what happen

5. Plaintiff timely filed a written complaint of discrimination with the Equal Employment Opportunity Commission (EEOC) and received a right to sue letter, a copy of which is attached. All conditions precedent to the institution of this lawsuit have been fulfilled.

Wherefore, Plaintiff prays for (state what relief is sought) I lost my house, my car I'm Taking Depression and Anxiety medicine behind this I think I Deserve Some Kind of Revenue to get me back going

and such other relief as the Court would allow under Title VII of the Civil Rights Act of 1964. Thank you

_____
Signature

7478 E. 2nd
Address

Tulsa     OK   74112
City      State  ZIP

318-351-1665 or 918-312-2044
Telephone

Complaint                    2                    CV-06 (12/05)