# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL D. GILBERT, SR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>THE WILD FORK )<br>RESTAURANT, )<br>)<br>Defendant, ) | Case No. 16CV-254-GKF-PJC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Michael D. Gilbert, Sr., pro se, and Defendant The Wild Fork Restaurant, Inc., d/b/a The Wild Fork Restaurant, by and through its attorney of record, William R. McMahon, Jr., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulates to the dismissal with prejudice of Plaintiff's Complaint against Defendant, with each party to bear their own costs and attorney's fees.

Dated this 27th day of January, 2017.

_____
Michael D. Gilbert, Sr.
7478 East 2nd Street
Tulsa, Oklahoma 74112
*Pro Se Plaintiff*

State of Oklahoma   )
                    ) ss.
County of Tulsa     )

**SUBSCRIBED AND SWORN** to before me this 27th day of January, 2017.

My Commission Expires:

4-6-2020
(SEAL)

_____
NOTARY PUBLIC #00003633

Notary Public
State of Oklahoma
Kathaleen S. Daniels
COMMISSION #00003633
Comm. Exp. 04-06-2020

s/William R. McMahon, Jr.
William R. McMahon, Jr. #6057
1720 East 14th Place
Tulsa, Oklahoma 74104
(918) 742-3600 - Telephone
(918) 742-3601 - Facsimile
quimby15@att.net
*Attorney for Defendant*